UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY K. WILLIAMS,

    Petitioner,
                                        Case Number 18-cv-12804
                                        Hon. Matthew F. Leitman

v.

DUNCAN MACLAREN,

    Respondent.
_____/

## OPINION AND ORDER DENYING WITHOUT PREJUDICE THE MOTION FOR ORAL ARGUMENT (ECF #7)

Petitioner filed a petition for writ of habeas corpus. Respondent filed an answer to the petition. Petitioner has filed a motion for oral argument.

A federal district court can grant oral argument in a habeas case where it would assist in resolving the matters raised in the habeas petition. *See e.g. Haskell v. Berghuis,* 695 F. Supp. 2d 574, 584 (E.D. Mich. 2010). Petitioner's request for oral argument is premature. The Court will reconsider petitioner's motion once it receives and reviews all of the pleadings and Rule 5 materials.

**IT IS HEREBY ORDERED** that the motion for oral argument (ECF #7) is DENIED WITHOUT PREJUDICE.

                                              /s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: July 8, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 8, 2019, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764